IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JENNIFERE CLAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:21-cv-212 (LMB/IDD) |
| ) | |
| TRI STATE RESTORATIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

COME NOW the parties, by and through their respective counsel of record, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., do hereby stipulate and agree that the above-captioned action shall be, and hereby is, dismissed with prejudice, with the parties to bear their own respective fees and costs incurred herein.

It is so ORDERED this 19th day of November, 2021.

/s/ _____
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia

1

WE HEREBY STIPULATE AND AGREE
TO THE FOREGOING, AND ASK FOR THIS:


/s/ Christopher R. Rau
Christopher R. Rau (Va. State Bar No. 34135)
Attorney for Plaintiff Jennifere Clayton
Law Offices of Christopher R. Rau
200 Little Falls Street, Suite 501
Falls Church, VA 22046
(703) 536-1660 – Telephone
CRRAU@AOL.COM – E-Mail


/s/ Matthew F. Nieman
Matthew F. Nieman (VSB No. 47231)
Janea J. Hawkins (VSB No. 95202)
Attorneys for Defendant Tri State Restorations, LLC
JACKSON LEWIS, P.C.
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
(703) 483-8300 – Telephone
(703) 483-8301 – Facsimile
Matthew.Nieman@jacksonlewis.com
Janea.Hawkins@jacksonlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2021, the foregoing Stipulation and Proposed Order of Dismissal was filed with the Clerk of Court, using the CM/ECF System, which will generate a Notice of Electronic Filing (NEF), and transmit a copy of said NEF, together with a copy hereof, to the following registered users:

Matthew F. Nieman, Esquire
Janea J. Hawkins, Esquire
JACKSON LEWIS, P.C.
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
Matthew.Nieman@jacksonlewis.com
Janea.Hawkins@jacksonlewis.com

　　　　　　　　　　　　　　／s／ Christopher R. Rau
Christopher R. Rau (Va. State Bar No. 34135)
Attorney for Plaintiff Jennifere Clayton
Law Offices of Christopher R. Rau
200 Little Falls Street, Suite 501
Falls Church, VA 22046
(703) 536-1660 – Telephone
CRRAU@AOL.COM – E-Mail